■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL NOSWORTHY, Appellant. [608 NYS2d 859] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered August 10, 1992, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence and statements made by him to the police.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf., *People v Gonzalez*, 47 NY2d 606). Mangano, P. J., Balletta, Santucci and Hart, JJ., concur.